

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRI

DENISE Felder-WARD )
)
_____ )
)
_____ )
(Name of the plaintiff or plaintiffs) )
)
v. )
Flexible Staffing )
Services Incorporated )
)
_____ )
(Name of the defendant or defendants) )

14CV9246
JUDGE LEE
MAG. JUDGE VALDEZ

CIVIL ACTION

NO. _____

RECEIVED
NOV 1 8 2014
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is Denise Felder-Ward of the county of Cook in the state of Illinois.

3. The defendant is Flexible Staffing Services Incorporated, whose street address is 443 Main Street N.W, (city) Bourbonnais (county) Kankakee (state) Illinois (ZIP) 60914-0000 (Defendant's telephone number) (815) 936-1300

4. The plaintiff sought employment or was employed by the defendant at (street address) 2400 Dralle RD (city) University Park (county) Will (state) Illinois (ZIP code) 60484

5. The plaintiff [*check one box*]

   (a) ☐ was denied employment by the defendant.

   (b) ☐ was hired and is still employed by the defendant.

   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) 8-01-2012, (day) 10-3-2012 (year) 2012.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☐ has not ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☐ the United States Equal Employment Opportunity Commission, on or about

   (month)_____ (day)_____ (year)_____.

   (ii) ☒ the Illinois Department of Human Rights, on or about

   (month) MARCH (day) 15th (year) 2013.

   (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

   (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

2

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b) The plaintiff received a Final Agency Decision on (month)_____ (day) April 1ST (year) 2014.

(c) Attached is a copy of the

    (i) Complaint of Employment Discrimination,

    ☒ YES    ☐ NO, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

    ☒ YES    ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

    (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) August (day) 28th (year) 2014 a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

    (a) ☐ Age (Age Discrimination Employment Act).

    (b) ☒ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

3

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.

    (b) ☒ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☐ other (specify):_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

_____

_____

_____

_____

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

    (a) ☐ Direct the defendant to hire the plaintiff.

    (b) ☐ Direct the defendant to re-employ the plaintiff.

    (c) ☐ Direct the defendant to promote the plaintiff.

    (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

    (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ Direct the defendant to (specify): _____

(g) [X] If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X] Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Denise Felder-Ward

(Plaintiff's name)
Denise Felder-Ward

(Plaintiff's street address)
3821 W 217th ST

(City) Matteson (State) ILL (ZIP) 60443
(Plaintiff's telephone number) (708) 833-0909

Date: 9-23-2014

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>#13M0205-13 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2013CF2493 |
|---|---|---|

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.)<br>Mrs. Denise Felder-Ward | TELEPHONE NUMBER (include area code)<br>(708) 833-0909 | |
|---|---|---|
| STREET ADDRESS<br>3821 West 217th Street | CITY, STATE AND ZIP CODE<br>Matteson, Illinois 60443 - 2730 | DATE OF BIRTH<br>/ /<br>M  D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT<br>Flexible Staffing Services Incorporated | NUMBER OF EMPLOYEES, MEMBERS<br>15+ | TELEPHONE NUMBER (include area code)<br>(815) 936-1300 | |
|---|---|---|---|
| STREET ADDRESS<br>443 Main Street NW | CITY, STATE AND ZIP CODE<br>Bourbonnais, Illinois 60914 - 0000 | | COUNTY<br>Kankakee (091) |
| CAUSE OF DISCRIMINATION BASED ON:<br>Race     Retaliation | | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br>08/01/12         12/03/12<br>☐ CONTINUING ACTION | |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  ISSUE/BASIS

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT, BEGINNING ON OR ABOUT AUGUST 1, 2012 AND CONTINUING THROUGH DECEMBER 3, 2012, BECAUSE OF MY RACE, BLACK.

B.  PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I have satisfactorily performed my duties as a temporary laborer at Respondent's client's Exel/Clorox facility, and have been employed with Respondent since May 20, 2012.

Page 1 of 3

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME THIS 15th DAY OF March, 2013.

NOTARY SIGNATURE

OFFICIAL SEAL
RAQUEL C GUERRA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/17/16

NOTARY STAMP

SIGNATURE OF COMPLAINANT  Denise Felder-Ward  3/15/2013   DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 7/12-INT)

3. Beginning on or about August 1, 2012 and continuing through December 3, 2012, I experienced unequal terms and conditions from Respondent's line leader (name unknown; non-black), in that, they have removed me from working on the production line, and have assigned me to perform other, asserted responsibilities.

4. Similarly situated temporary workers, whose races are not black, have been treated differently under similar circumstances.

II. A. ISSUE/BASIS

DISCHARGE, ON OR ABOUT DECEMBER 3, 2012, BECAUSE OF MY RACE, BLACK.

B. PRIMA FACIE ALLEGATIONS

1. My race is black.

2. I have satisfactorily performed my duties as a temporary laborer at Respondent's client's Exel/Clorox facility, and have been employed with Respondent since May 20, 2012.

3. On or about December 3, 2012, I was discharged by Angie (last name unknown; non-black), Respondent's Representative. Angie stated that I would no longer be working at Exel/Clorox because they were discontinuing fifteen production lines, and that they had no other work available for me. No documentation was received from Angie indicating Respondent's reason for the discharge.

4. Similarly situated, non-black temporary workers, have been treated differently under similar circumstances.

Beginning on or About August came in went to my work area proceeded to make Boxes they way it went was who ever got the table First worked that area and in the afternoon you did something different that particulair money I started making boxes 2 Hispanic ladies came over one of them is the supervisor sister They said something in spanish left came back with Josephine supervisor and I was told to move to Another table.

Machine went down everyone was ask to make boxes there were 5 Blacks at one table and 5 Hispanic at Another table Josephine came over And said that there was to many of us at one table I told her that is was the same about at both table myself and Another Lady was told to move to another table

Came in at 7:00 oclock on Line once again Josephine put me and another lady (Hispanic) together she was on one side I was on the other they began to speak in spanish and she moved her and brought a black lady to work with me I talked to nicole about the incident she said I don't whats going on Josephine just don't never have nothing nice to say about you I ask what was she going to do Never heard anything else

September around Labor Day overtime was called on everyone on Line 1 and was told if you couldn't stay your asignment would be over I asked If on Wednesday if I could leave because I made my grandchild a eye Doctors appointment it had took me about a mouth to get it and I always made there appointment after 3 because thats what time I got off. I was told no that same day Ricky + Patricia left at 3 and the next morning I asked about it

and was told they he would look into it never heard anything and again on Friday they left at 12:00 oclock and they was not fired.

Came in on Oct 9 went back to the back started to work a black man and 2 Hispanic guys was arguing back + fourth then the Hispaic guys started to throw up gang signs crusing at each other I went and told Matt and was ignored a few minutes later that started to fight him they were chasing the black guy throwing things the black guy tried to cut with boy cutter after awhile some more Hispane came from back all of them chasing him the only way the black guy got away they put him on a fort lift and drove him to the back police came some arrest was made after I got home I called the cooperate office for clorox and talked to Mrs. Jordan she informed me that she was going to called the

The office in Atlanta talked to Mrs Jordan a few more times around Thanksgiving a meeting was held saying that someone had called the corporate office and they you don't work for clorox and they whom every called should get there facts straigh and after the meeting while on the floor people was coming saying that they say that I was the one who called then on Dec 3rd another I was was let go. Also In the meeting everyone was told that they will no longer be laid off my seniority before everyone was laif off acourding to. Seniority

Denise Feeler-Worn

EEOC Form 161-B (11/09)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Denise Felder-Ward**
3821 W 217th Street
Matteson, IL 60443

From: **Chicago District Office**
500 West Madison St
Suite 2000
Chicago, IL 60661

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2013-01245 | Daniel Lim, Acting State & Local Coordinator | (312) 869-8082 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice**. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*John P. Rowe/sr*

**John P. Rowe,
District Director**

August 28, 2014
(Date Mailed)

Enclosures(s)

cc: **FLEXIBLE STAFFING SERVICE**
Kerry Saltzman, Esq.
Williams Bax & Saltzman PC
221 N LaSalle St
Suite 3700
Chicago, IL 60601

C

STATE OF ILLINOIS
DEPARTMENT OF HUMAN RIGHTS

IN THE MATTER OF: )
)
DENISE FELDER-WARD, )
)
        COMPLAINANT, ) CHARGE NO. 2013CF2493
) EEOC NO. 21BA31245
AND )
)
FLEXIBLE STAFFING SERVICES )
INCORPORATED, )
)
        RESPONDENT. )

## NOTICE OF DISMISSAL
## FOR LACK OF SUBSTANTIAL EVIDENCE

Denise Felder-Ward
3821 W. 217th Street
Matteson, IL 60443

Kerry Saltzman
Williams Bax & Saltzman, PC
221 N. LaSalle Street
Suite 3700
Chicago, IL 60601

DATE OF DISMISSAL: April 1, 2014

1.    YOU ARE HEREBY NOTIFIED that based upon the enclosed investigation report, the DEPARTMENT OF HUMAN RIGHTS (DHR) has determined that there is NOT substantial evidence to support the allegations of the charge(s). Accordingly, pursuant to Section 7A-102(D) of the Human Rights Act (775 ILCS 5/1-101 et. seq.) and its Rules and Regulations (56 Ill. Adm. Code. Chapter II, Section 2520.560), the charge is HEREBY DISMISSED.

2.    If Complainant disagrees with this action, Complainant may:

    a) Seek review of this dismissal before the Illinois Human Rights Commission, 100 West Randolph Street, Suite 5-100, Chicago, Illinois, 60601, by filing a "Request for Review" with the Commission by the request for review filing date below. Respondent will be notified by the Human Rights Commission if a Request for Review is filed.

   **REQUEST FOR REVIEW FILING DEADLINE DATE: July 7, 2014**

   Or,

    b) Commence a civil action in the appropriate state circuit court within ninety (90) days after receipt of this Notice. A complaint should be filed in the circuit court in the county where the civil rights violation was allegedly committed.

2. On or about May 21, 2012, Complainant began her provided assignment as a Laborer at the Clorox Company production facility located in University Park, Illinois.

3. On December 3, 2012, Complainant was notified that her assignment with the Clorox Company had ended.

**Complainant's Allegations-Count A:**

Complainant, a Laborer, alleges that between August 1, 2012, and December 3, 2012, she was subjected to unequal terms and conditions of employment based upon her race, black. Complainant alleges that she had been assigned to work at the Clorox company production facility since May of 2012, and that her work performance had been meeting Respondent's legitimate expectations. Complainant alleges that the unequal terms and conditions of her assignment consisted of her being moved from the production line to perform other assorted duties by Respondent's management personnel. Complainant alleges that non-black temporary workers were not subjected to comparable terms and conditions of employment.

**Respondent's Defenses-Count A:**

Respondent denied that Complainant was subjected to any terms of employment based upon her race, citing her status as a temporary employee being provided to satisfy the needs of their customer as the reason for any changes in her work assignments.

**Investigation Summary-Count A:**

A. **Complainant's Evidence**

1. Complainant stated that in May of 2012, she heard from a friend that Respondent, a temporary employment agency, was placing individuals at the local Clorox manufacturing plant. Complainant stated that she applied, and was hired by Respondent, being placed by representative Angela Mendez as a Laborer. Complainant stated that she initially worked from Monday through Thursday, 7:00 a.m. to 5:00 p.m.

2. Complainant stated that she initially was responsible for applying labels to bottles on the production line, but after a couple months she was laid off for a week or two. Complainant stated that Respondent then called her back to work on the assembly line working packaging salad dressing and barbecue sauce bottles. Complainant stated that she also spent time putting together boxes and store displays. Complainant stated that she reported to Respondent's on-site manager James Lyall, and felt that her performance in the job had been meeting expectations.

Page 2
Notice of Dismissal for Lack of Substantial Evidence
2013CF2493

**If you intend to exhaust your State remedies, please notify the Equal Employment Opportunity Commission (EEOC) immediately. The EEOC generally adopts the Department's findings.** The Appellate Courts in Watkins v. Office of the State Public Defender, ___ Ill.App.3d ___, 976 N.E.2d 387 (1st Dist. 2012) and Lynch v. Department of Transportation, ___ Ill.App.3d ___, 979 N.E.2d 113 (4th Dist. 2012), have held that discrimination complaints brought under the Illinois Human Rights Act ("IHRA") against the State of Illinois **in the Illinois Circuit Court** are barred by the State Lawsuit Immunity Act. (745 ILCS 5/1 et seq.). Complainants are encouraged to consult with an attorney prior to commencing a civil action in the Circuit Court against the State of Illinois.

**Please note that the Department cannot provide any legal advice or assistance. Please contact legal counsel, your city clerk, or your county clerk with any questions.**

3. Complainant is hereby notified that the charge(s) will be dismissed with prejudice and with no right to further proceed if a timely request for review is not filed with the Commission, or a written complaint with the appropriate circuit court.

4. If an EEOC charge number is cited above, this charge was also filed with the Equal Employment Opportunity Commission (EEOC). If this charge alleges a violation under Title VII of the Civil Rights Act of 1964, as amended, or the Age Discrimination in Employment Act of 1967, Complainant has the right to request EEOC to perform a Substantial Weight Review of this dismissal. Please note that in order to receive such a review, it must be requested in writing to EEOC within fifteen (15) days of the receipt of this notice, or if a request for review is filed with the Human Rights Commission, within fifteen days of the Human Rights Commission's final order. Any request filed prior to your receipt of a final notice WILL NOT BE HONORED. Send your request for a Substantial Weight Review to EEOC, 500 West Madison Street, Suite 2000, Chicago, Illinois 60661. Otherwise, EEOC will generally adopt the Department of Human Rights' action in this case.

**PLEASE NOTE: BUILDING SECURITY PROCEDURES PRESENTLY IN PLACE DO NOT PERMIT ACCESS TO EEOC WITHOUT AN APPOINTMENT. IF AN APPPOINTMENT IS REQUIRED, CALL 312-869-8000 OR 1-800-669-4000.**

DEPARTMENT OF HUMAN RIGHTS

HB1509/HB59
NOD/LSE
12/10